Marshall Munz, Plaintiff-Appellant, v. Julius F. Kanz, d/b/a Merton Transportation Company and Ervin A. Snyder, Defendants-Appellees.

Gen. No. 11,645.

Second District, First Division.

December 4, 1962.

Ralph H. Haen, of Rockford, for appellant; Fearer and Nye, of Oregon (Gerald W. Fearer, of counsel), for appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.